

475 Atlantic Avenue, 3rd Floor
Brooklyn, NY 11217
P: (718) 852-3710
F: (718) 852-3586
www.stollglickman.com

Chambers of Magistrate Judge Cheryl Pollak        June 20, 2012
United States District Court, EDNY
225 Cadman Plaza East, Rm. 1230
Brooklyn, NY 11201
BY ECF

Re:    <u>Kirby Ward v. City of New York et al</u>. 11CV4229 (KAM)(CLP)

Your Honor-

I write to inform the court that the parties have reached a settlement in this matter. The appropriate stipulation paperwork will be forwarded to the court shortly.

In light of the settlement, the parties respectfully request that the July 9, 2012 conference be removed from the calendar.

Thank you for your assistance.


Sincerely Yours,

Nicole Bellina